## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 10-cv-01842-RPM -MEH**

Nicole Bernd,

    Plaintiff

v.

Alternative Recovery Systems, Inc.
and Timothy Gibson, Attorney at Law,

    Defendants

_____

Agreed Order of Dismissal Pursuant to Settlement
_____

    Pursuant to the Stipulation to Vacate the Judgment and Dismiss Case with Prejudice Pursuant to Settlement, [26], it is

    ORDERED that the Clerk's Judgment entered February 22, 2011 is vacated and it is

    FURTHER ORDERED that this action is dismissed with prejudice and without fees costs to either party.

    DATED: May 17th, 2011

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior Judge